UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOSE HOLLINS                                                                                              PLAINTIFF

VS.                                                                                  Case No.5:24-cv-00024-DCB-LGI

WILKINSON COUNTY SCHOOL
DISTRICT and SHEMEKIA RANKIN, Individually              DEFENDANTS

NOTICE OF SERVICE OF DISCOVERY TO SHEMEKIA RANKIN

Plaintiff, by and through counsel of record, and pursuant to the Federal Rules of Civil Procedure, hereby gives notice of serving:

1. Plaintiff's Interrogatories;

2. Plaintiff's Requests for Production of Documents and Tangible Things; and

3. Plaintiff's Requests for Admissions

on Defendant Shemekia Rankin.

This the 1st day of July, 2024.

RESPECTFULLY SUBMITTED,

MOSE HOLLINS


BY: /s/ Christopher W. Espy
       CHRISTOPHER W. ESPY, MSB #102424

OF COUNSEL:

CHRISTOPHER W. ESPY, MSB #102424
**ESPY LAW, PLLC**
320A Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: (601) 812-5300
Facsimile: (601) 812-6266

Email: chris@espylaw.com

AAFRAM Y. SELLERS, MSB #100261
**SELLERS & ASSOCIATES**
395 Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: (601) 352-0102
Facsimile: (601) 956-6719
Email: aafram@sellerslawfirm.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, attorney for Plaintiff, do hereby certify that I have electronically filed a Notice of Service of the foregoing Notice with the Clerk of the Court using the CM/ECF system, which I understand will send notification of such filing to all known counsel of record including:

> William R. Allen
> Kevin J. White
> Allen, Allen, Breeland and Allen, PLLC
> 214 Justice Street
> P.O. Box 751
> Brookhaven, Mississippi 39601
> wallen@aablegal.com
> kwhite@aabelegal.com

**ATTORNEY FOR DEFENDANTS**

SO CERTIFIED, this the 1st day of July, 2024.

*/s/ Christopher W. Espy*
CHRISTOPHER W. ESPY, ESQ.

CHRISTOPHER W. ESPY, MSB #102424
**ESPY LAW, PLLC**
320A Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: (601) 812-5300

Facsimile: (601) 812-6266
Email: chris@espylaw.com