IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOSE HOLLINS                                                                                       PLAINTIFF

V.                                                        CIVIL ACTION NO. 5:24-CV-24-DCB-LGI

WILKINSON COUNTY SCHOOL DISTRICT                                       DEFENDANT

ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket:

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties.

SO ORDERED, this the   2nd   day of April, 2025.

s/David Bramlette
UNITED STATES DISTRICT JUDGE